Application is denied. We find no error of law in the ruling complained of.

206 So.2d 715

**Frank Thomas JOHNSON**

v.

**STATE of Louisiana.**

**No. 49102.**

Feb. 20, 1968.

The application is denied. The showing made does not warrant the exercise of our supervisory jurisdiction.